# UNITED STATES DISTRICT COURT
# for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| UNITED STATES of AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ALASKA BROKERAGE ) <br> INTERNATIONAL, INC, ) <br> and DAVID KARSCH, ) <br> ) <br> Defendant. | CR06-11 JLR <br><br> MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

The parties have requested a continuation of the initial and arraignment currently scheduled for Thursday, February 16, 2006.  The request is GRANTED.

The initial and arraignment is hereby rescheduled to

*Thursday, March 2, 2006 at 2:30pm*

The hearing will be held in Courtroom 12B, U.S. Courthouse, Seattle, Washington.

Dated this 15th day of February , 2006

/S/ PETER H. VOELKER
Deputy Clerk

**MINUTE ORDER**

Dated this 15th day of February , 2006

/S/ PETER H. VOELKER
 Deputy Clerk

**MINUTE ORDER**