1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

            Plaintiff,

    v.

ALASKA BROKERAGE
INTERNATIONAL, INC., et al.,

            Defendants.

CASE NO. CR06-11JLR

MINUTE ORDER

      The following minute order is made by the direction of the court, the Honorable James L. Robart:

      The court held a status conference and heard oral argument on several pending motions in this case (Dkt. ## 42, 43, 44, 47, 49, 51, 53, 55).   The following memorializes the court's oral rulings for the reasons provided on the record.

      The court GRANTS the motion requesting a status conference filed by Plaintiff United States of America ("United States") (Dkt. # 44).  The court DENIES the motion to dismiss the indictment for lack of subject matter jurisdiction filed by Defendant Alaska Brokerage International, Inc ("ABI") (Dkt. # 49).  The court directs the parties that if they wish to present disparate theories of the case as raised in the underlying briefing, they may do so in the context of proposed jury instructions.  The court GRANTS the United States' motion in limine permitting use of statements made by Defendant David Karsch (Dkt. # 43) and DENIES ABI's counter-motion regarding the same (Dkt. # 47).  At the

MINUTE ORDER – 1

status conference, the United States offered to present such evidence in the format set forth in their briefing.

Although the court provided direction to the parties regarding their motions in limine on various topics (Dkt. ## 42, 53), the court reserves the right to make definitive rulings when such issues become ripe during the course of trial.  The court directs the parties to produce the <u>Brady</u> material at issue in ABI's motion to compel (Dkt. # 51) for the court's *in camera* review.  The court understands that the parties do not have a dispute as to providing witness statements as raised in ABI's motion (Dkt. # 55) and thus STRIKES the motion.  The court directs the parties to cooperate in exchanging such statements in a timely manner with respect to one another.

The court schedules the pre-trial conference for May 8, 2006 at 10:00 a.m.  Jury selection will begin on May 18, 2006 at 9:00 a.m.

Filed and entered this 19th day of April, 2006.

BRUCE RIFKIN, Clerk

By      s/Mary Duett
        Deputy Clerk

MINUTE ORDER – 2